IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02342-AP

JOSE U. GONZALEZ

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
VIRGINIA L. CARD SMITH
1763 Franklin Street
Denver, CO 80218-1124
Phone: 303-394-9945
vsmith3470s@aol.com

<u>For Defendant</u>:
TROY A. EID
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdoj.gov

THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

- A. **Date Complaint Was Filed:** 11/07/07
- B. **Date Complaint Was Served on U.S. Attorney's Office:** 12/21/07
- C. **Date Answer and Administrative Record Were Filed:** 03/10/08 and 03/11/08

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

- A. **Plaintiff's Opening Brief Due:** May 9, 2008
- B. **Defendant's Response Brief Due:** June 30, 2008
- C. **Plaintiff's Reply Brief (If Any) Due:** July 15, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

- A. **Plaintiff's Statement:** Plaintiff requests oral argument.
- B. **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    ( X ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>14th</u> day of <u>April</u>, 2008.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Virginia L. Card Smith  
VIRGINIA L. CARD SMITH  
1763 Franklin Street  
Denver, CO 80218-1124  
Phone: 303-394-9945  
vsmith3470s@aol.com

Attorney for Plaintiff

UNITED STATES ATTORNEY

TROY A. EID  
United States Attorney

KEVIN TRASKOS  
Assistant United States Attorney  
Deputy Chief, Civil Division  
United States Attorney's Office  
District of Colorado  
kevin.traskos@usdoj.gov

s/ Thomas H. Kraus  
By: THOMAS H. KRAUS  
Special Assistant U.S. Attorney  
1961 Stout St., Suite 1001A  
Denver, Colorado 80294  
Telephone: (303) 844-0017  
tom.kraus@ssa.gov

Attorneys for Defendant