IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2342-AP**

**JOSE U. GONZALEZ,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Plaintiff's Unopposed Motion for Extension of Time to File Reply Brief (doc. #24), filed July 25, 2008, is GRANTED. Reply brief is due August 11, 2008.

---

Dated: July 29, 2008