# MEMORANDUM

**DATE**:          May 20, 2009

**TO**:            File 07-cv-02342-RPM

         s/rpm
**FROM**:          Senior Judge Matsch

**CASE NAME**:     Gonzalez v. Astrue


    Plaintiff may proceed in forma pauperis on appeal.